## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Bankruptcy Case No. 18-19268 |
| ) | |
| James Palao Singleton, Jr., ) | Chapter 7 |
| ) | |
| Debtor. ) | Honorable Janet S. Baer |
| ) | |

### ORDER SETTING FINAL HEARING ON MOTION TO DISMISS

This matter coming to be heard on the motion filed by James Palao Singleton (the "Debtor") to dismiss the above-captioned bankruptcy case (ECF No. 77) and the objections thereto filed by creditor Sheila Essex (ECF No. 83) and the U.S. Trustee (ECF No. 94), the Debtor having failed to appear at the hearing held on April 17, 2019, due notice having been given, the Court having jurisdiction and being fully advised in the premises, and for the reasons stated on the record at the hearing on April 17, 2019,

IT IS HEREBY ORDERED THAT:

The motion to dismiss is continued for a final hearing on May 8, 2019 at 10:00 a.m. at 219 South Dearborn Street, Courtroom 615, Chicago, IL 60604. At the hearing, the Court will consider whether it will deny the motion or grant the U.S. Trustee's request to dismiss the case with a one-year bar to refiling.

Enter:

*Janet S. Baer* (n/k/)

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: April 17, 2019